UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Harold De Jesus,<br><br>                Plaintiff,<br>   v.<br><br>NCO Financial Systems, Inc.,<br><br>                Defendant. | Civil Action No.: 2:09-cv-01632-JFB -AKT |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

      Plaintiff, Harold De Jesus, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 29, 2009

                                                Respectfully submitted,

                                                By: __/s/ Sergei Lemberg _____
                                                    Sergei Lemberg (Juris No. 425027)
                                                    Lemberg & Associates, L.L.C.
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile: (877) 795-3666