# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Harold De Jesus,

               Plaintiff,

v.

NCO Financial Systems, Inc.,

               Defendant.

Civil Action No.:  2:09-cv-01632-JFB -AKT

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff, Harold De Jesus, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 29, 2009

Respectfully submitted,

By:___/s/ Sergei Lemberg_____
    Sergei Lemberg (Juris No. 425027)
    Lemberg & Associates, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666

*The Clerk of the Court shall close the case.*

**SO ORDERED**

Bianco

Date: _Oct. 30_ 20 _05_

Central Islip, N.Y